## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO: 8:07-cr-00454-T-30TGW

MICHAEL PAUL MAIELLO, JR.

**Order Granting in Part Defendant's Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the Defendant's Motion for Prison-Term Reduction under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014) (Doc.# 530). The motion requests this Court to grant the reduction without regard to the limitation in USSG § 1B1.10(e) that the release date may not be earlier than November 1, 2015. The motion is granted in part. The sentence will be reduced pursuant to Amendment 782, but not earlier than November 1, 2015, as required by USSG § 1B1.10(e).

Having reviewed the facts in both the original presentence investigation report and the December 19, 2014 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 28 months is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Therefore:

(1)     The Court grants in part the defendant's motion, Doc. #530.

(2)   The Court reduces the defendant's prison term from 108 to 80 months or time served, whichever is greater.

(3)   The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on this 4th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services